UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JEREMY BRADLEY PEARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:19-cv-00041-RLW |
| v. | ) |
| | ) |
| FRANK GITTEMEIER, AND | ) |
| CHARLES PEEPER, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

Notice is hereby given that Plaintiff Jeremy Bradley Pearson hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final Judgement in a Civil Case entered in this action on the 6th day of July 2022 (Doc. # 164) (Order denying Plaintiff's Motion to Alter or Amend Judgment entered March 21, 2023 (Doc. # 175)). On July 16, 2019, the District Court entered an order granting Plaintiff leave to proceed in forma pauperis. (ECF No. 6).

 

BAKER STERCHI COWDEN & RICE LLC

By   /s/ John F. Mahon, Jr.
     John F. Mahon, Jr., #56691 (MO)
     100 North Broadway, 21st Floor
     St. Louis, Missouri 63102
     (314) 345-5000
     (314) 345-5055 Fax
     jmahon@bakersterchi.com

ATTORNEYS FOR PLAINTIFF
JEREMY BRADLEY PEARSON

# CERTIFICATE OF SERVICE

   I hereby certify that on the 19th day of April, 2023, I electronically filed the foregoing with the CM/ECF electronic filing system, which sent notification of such filing to all counsel of record. I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document and that the same shall be maintained for a period of not less then the maximum allowable time to complete the appellate process.

Lucina Diaz, #70650  
Assistant Attorney General  
P.O. Box 861  
St. Louis, MO 63188-0861  
314-340-7861  
314-340-7029 (Fax)  
Lucina.Diaz@ago.mo.gov  

*Attorneys for Defendants*

               /s/ John F. Mahon, Jr.