# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 23-1823
_____

Jeremy Bradley Pearson

Plaintiff - Appellant

v.

Frank Gittemeier; Charles Peeper

Defendants - Appellees

Missouri Department of Corrections; Dean Minor; Scott Weber

Defendants

------

Appeal from U.S. District Court for the Eastern District of Missouri - Hannibal
(219-cv-00041-RLW)

------

**JUDGMENT**

Appellant has not responded to the court's order entered June 15, 2023. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

July 07, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans