# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1823

Jeremy Bradley Pearson

Appellant

v.

Frank Gittemeier and Charles Peeper

Appellees

Missouri Department of Corrections, et al.

---

Appeal from U.S. District Court for the Eastern District of Missouri - Hannibal
(219-cv-00041-RLW)

---

## MANDATE

In accordance with the judgment of July 7, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 07, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit